IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| SYNGENTA SEEDS, INC. and | * | |
| SYNGENTA PARTICIPATIONS AG, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | 3:02cv00309 SWW |
| | * | |
| | * | |
| | * | |
| DELTA COTTON CO-OPERATIVE, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

On April 27, 2005, a jury returned a verdict in favor of plaintiffs Syngenta Seeds, Inc. and Syngenta Participations AG (collectively, "Syngenta") and against defendant, Delta Cotton Co-operative, Inc. ("Delta Cotton"), for infringement of the Plant Variety Protection Act ("PVPA"), 7 U.S.C. §§ 2321 *et seq.*, and for infringement under the Lanham Act, 15 U.S.C. §§ 1051 *et seq*. The jury awarded Syngenta damages in the amount of $67,500.00 on the PVPA claim and $67,500.00 on the Lanham Act claim. Subsequently, this Court, by Order entered July 5, 2005 [doc.#93], granted a motion of Syngenta for permanent injunction to prohibit Delta Cotton from conduct that was determined by a jury to be an infringement of Syngenta's federally protected intellectual property rights, granted a motion of Syngenta for costs (awarding Syngenta costs in the amount of $12,286.78), denied a motion of Delta Cotton for a new trial, and denied a motion of Delta Cotton for judgment notwithstanding the verdict and Order for remittitur.

The matter is now before the Court on motion of Delta Cotton for an Order staying execution of the Judgment pending the filing of a notice of appeal and approval of a supersedeas

bond pursuant to Fed.R.Civ.P. 62 [doc.#94]. Delta Cotton represents that said bond shall provide for adequate security and will be in the amount of the verdict rendered and costs awarded as well as any interest thereon.

Without objection, the Court hereby grants Delta Cotton's motion for an Order staying execution of the Judgment pending the filing of a notice of appeal and approval of a supersedeas bond pursuant to Fed.R.Civ.P. 62, provided that such appeal is timely filed and that said bond shall provide for adequate security and will be in the amount of the verdict rendered and costs awarded as well as any interest thereon.

IT IS SO ORDERED this 22nd day of July 2005.

/s/Susan Webber Wright

CHIEF JUDGE
UNITED STATES DISTRICT COURT